IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RAILROAD AUTHORITY, a public agency,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES COAST GUARD,<br><br>    Defendant.<br>_____/ | No. C 05-02739 WHA<br><br>**ORDER SUGGESTING POSSIBLE REASSIGNMENT** |

    The Court has identified the above-captioned action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

    The parties are directed to meet and confer before filing a letter stating whether or not they are willing to consent to reassignment of this matter by **SEPTEMBER 20, 2005**. If the parties so consent, the matter will be transferred. The parties shall thereafter file written consent to appear before a magistrate judge in the form requested by Magistrate Judge Vadas.

    **IT IS SO ORDERED.**

Dated: September 6, 2005

                                                 WILLIAM ALSUP<br>
                                               UNITED STATES DISTRICT JUDGE