IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RAILROAD AUTHORITY, a public agency,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES COAST GUARD,<br><br>    Defendant.<br>_____/ | No. C 05-02739 WHA<br><br>**ORDER REJECTING POSSIBILITY OF REASSIGNMENT** |

In light of defendant's letter dated September 19, 2005, indicating that reassignment would not result in greater convenience to the parties and their counsel or a more expeditious disposition of the matter on the merits, the Court declines to reassign this matter to Magistrate Judge Nandor J. Vadas.

**IT IS SO ORDERED.**

Dated: September 21, 2005

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE