CHRISTOPHER J. NEARY (CSBN 95490)
   110 South Main Street, Suite C
   Willits, CA 95490
   Telephone: (707) 459-5551

Attorney for Plaintiff North Coast Railroad Authority, a Public Agency

KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7073
   Fax: (415) 436-7102

Attorneys for Defendant United States Coast Guard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RAILROAD AUTHORITY, a public agency,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>   Defendant. | No. C 05-2739 NJV<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER OF COMPROMISE<br>SETTLEMENT |

     IT IS HEREBY STIPULATED by and between the parties, after full and open discussion, that the above-captioned action brought pursuant to the Freedom of Information Act ("FOIA") be settled and compromised on the following terms:

     1.    Defendant United States Coast Guard (the "Coast Guard") shall produce to Plaintiff North Coast Railroad Authority's ("Plaintiff") counsel, Christopher J. Neary, the Coast Guard's Report of Investigation files concerning the allisions with the Black Point Railroad Bridge on June 11, 2002, April 20, 2003, November 28, 2003, July 3, 2004, and October 26, 2004 after redacting the names, addresses, telephone numbers and other identifying information protected by the privacy rights of third parties under FOIA, the Privacy Act, and/or the

STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT - C 05-2739 NJV  1

1  Constitution.  No responsive records were found for allisions occurring during June 2004 or on
2  December 1, 2004.  The parties agree that the production of these documents is in exchange for
3  Plaintiff releasing and dismissing all claims alleged in the Complaint it filed in the above-
4  captioned case on July 5, 2005, and all claims for attorneys' fees, costs, and any other form of
5  legal or equitable recovery relating to or arising out of the FOIA requests to the Coast Guard
6  dated April 28, 2003, April 29, 2003, April 30, 2003, May 6, 2003, January 27, 2005, and
7  March 1, 2005.  The parties each agree to bear their own costs and attorney's fees arising out of
8  all stages of litigation, including but not limited to the processing of the Plaintiff's
9  administrative requests, and district court Complaint in connection with the above-captioned
10 action.

11        2.       Plaintiff will accept the terms described in paragraph 1 in full settlement and
12 satisfaction of any and all claims and demands which it, its attorneys, successors, or assignees
13 may now have or hereafter acquire against Defendants the Coast Guard, United States of
14 America, and/or any of their past and present officials, agents, employees, attorneys, or insurers
15 that relate to or arise out of the FOIA requests to the Coast Guard dated April 28, 2003, April
16 29, 2003, April 30, 2003, May 6, 2003, January 27, 2005, and March 1, 2005.

17        3.       In consideration of this Agreement and production of the documents referenced
18 in paragraph 1, Plaintiff agrees that upon its counsel's receipt of such documents, it's counsel
19 will execute and e-file a Stipulation of Dismissal and [Proposed] Order requesting that the
20 entire above-captioned action be dismissed with prejudice consistent with the terms of this
21 Agreement.

22        4.       Plaintiff agrees that it has not filed and will not file any other charges,
23 complaints, lawsuits, or other claims that relate to or arise out of the FOIA requests to the Coast
24 Guard dated April 28, 2003, April 29, 2003, April 30, 2003, May 6, 2003, January 27, 2005,
25 and March 1, 2005.  Plaintiff agrees to cooperate with the Coast Guard in connection with
26 taking whatever steps are necessary to obtain the dismissal with prejudice of any such charges,
27 complaints, lawsuits, or other claims.

28        5.       Plaintiff hereby releases and forever discharges the Coast Guard, the United

1  States, and any and all of their past and present officials, agents, employees, attorneys, insurers,
2  their successors and assigns, from any and all obligations, damages, liabilities, actions, causes
3  of actions, claims and demands of any kind and nature whatsoever, whether suspected or
4  unsuspected, at law or in equity, or known or unknown, which arise from or relate to the FOIA
5  requests to the Coast Guard dated April 28, 2003, April 29, 2003, April 30, 2003, May 6, 2003,
6  January 27, 2005, and March 1, 2005.

7      6.   The provisions of California Civil Code Section 1542 are set forth below:
8           "A general release does not extend to claims which the creditor
9           does not know or suspect to exist in his favor at the time of
10          executing the release, which if known by him must have
11          materially affected his settlement with the debtor."
12 Plaintiff has been informed of the statutory language of Civil Code Section 1542, and fully
13 understanding the same, nevertheless elects to waive the benefits of any and all rights it may
14 have pursuant to the provision of that statute and any similar provision of federal law to the
15 extent it concerns claims that arise from or relate to the FOIA requests to the Coast Guard dated
16 April 28, 2003, April 29, 2003, April 30, 2003, May 6, 2003, January 27, 2005, and March 1,
17 2005 only.  Plaintiff understands that, if the facts concerning such claims and the liability of the
18 government for such claims are found hereinafter to be other than or different from the facts
19 now believed by it to be true, this Agreement shall be and remain effective notwithstanding
20 such material difference.

21      7.   This Agreement may be pled as a full and complete defense to any subsequent
22 action or other proceeding involving any person or party that arises out of the claims released
23 and discharged herein.

24      8.   This Agreement is a compromise settlement of disputed claims and demands,
25 which settlement does not constitute an admission of liability or fault on the part of the Coast
26 Guard, the United States, or any of their past and present officials, agents, employees, attorneys,
27 or insurers on account of the events described in Plaintiff's Complaint in the above-captioned
28 action.

STIPULATION AND [PROPOSED] ORDER OF COMPROMISE SETTLEMENT - C 05-2739 NJV    3

9. Plaintiff acknowledges and agrees that it has thoroughly reviewed the entire Agreement, has discussed its terms with its attorney, and understands its provisions.

10. The parties agree that should any dispute arise with respect to the implementation of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue its original cause(s) of action. Plaintiff's sole remedy in such a dispute is an action to enforce the Agreement in district court. The parties agree that the district court will retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this Agreement.

11. Each party hereby stipulates that it is fully aware of and understands all of the terms of the Agreement and the legal consequences thereof. It is acknowledged that the parties hereto have mutually participated in the preparation of this Agreement, and it is agreed that no provision hereof shall be construed against any party hereto by virtue of the activities of that party or her/its attorney.

12. If any provision of this Agreement shall be invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provision shall not in any way be affected or impaired thereby.

13. This instrument shall constitute the entire Agreement between the parties, and it is expressly understood and agreed that the Agreement has been freely and voluntarily entered into by the parties hereto. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

14. Any requests that Plaintiff makes under the Freedom of Information Act for the Coast Guard's Report of Investigation files concerning a particular allision with the Black Point Railroad Bridge should be sent to the United States Coast Guard, Attn: FOIA Office, Room 6106, 2100 Second Street SW, Washington, D.C. 20593, after Plaintiff has made a reasonably diligent effort to confirm that the Coast Guard in fact conducted an investigation into the particular allision. The Coast Guard reserves the right to object to any such requests from

Plaintiff on the grounds that there is an open investigation, the requested documents are protected by the privacy rights of third parties, and/or otherwise exempt from production under the Freedom of Information Act or other applicable law.

Dated: November 29, 2005

KEVIN V. RYAN
United States Attorney

_____/s/_____
JULIE A. ARBUCKLE
Assistant United States Attorney
Attorneys for Defendant United States of America

Dated: November 28, 2005

NORTH COAST RAILROAD AUTHORITY

_____/s/_____
By: Mitch Stogner
Its: Executive Director
Plaintiff

Approved:

Dated: November 22, 2005

_____/s/_____
CHRISTOPHER J. NEARY
Attorney for Plaintiff North Coast Railroad Authority

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/5/05

_____
NANDOR J. VADAS
United States Magistrate Judge