CHRISTOPHER J. NEARY (CSBN 95490)
110 South Main Street, Suite C
Willits, CA 95490
Telephone: (707) 459-5551

Attorney for Plaintiff North Coast Railroad Authority, a Public Agency

KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7073
Fax: (415) 436-7102

Attorneys for Defendant United States Coast Guard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RAILROAD AUTHORITY, a public agency,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>Defendant. | No. C 05-2739 NJV<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |

1  NOTICE IS HEREBY GIVEN and IT IS HEREBY STIPULATED AND AGREED that
2  pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Stipulation of Compromise
3  Settlement, Plaintiff North Coast Railroad Authority voluntarily dismisses the entire above-
4  captioned action against Defendant the United States Coast Guard with prejudice. The parties
5  each agree to bear their respective costs and attorneys' fees with respect to this action.

7  Dated: November 29, 2005      KEVIN V. RYAN
                                  United States Attorney

                                        /s/
9                                 JULIE A. ARBUCKLE
                                  Assistant United States Attorney
10                                Attorneys for Defendant United States of America

11 Dated: _____, 2005

                                  _____
                                  CHRISTOPHER J. NEARY
13                                Attorney for Plaintiff North Coast Railroad Authority

15                                **ORDER**

16      PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 DATED: 12/14/05               _____
                                  NANDOR J. VADAS
18                                United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER - C 05-2739 NJV                           2